# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

CORY NOLE OSWALD,

    *Petitioner*,

v.                                      **Case No.: 3:26cv778-MW/HTC**

CLERK OF COURT ESCAMBIA COUNTY,

    *Respondent.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. The Magistrate Judge recommends dismissal without prejudice for failure to comply with court orders and failure to prosecute. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for failure to comply with court orders and failure to prosecute." The Clerk shall close the file.

**SO ORDERED** on April 8, 2026.

                                    **s/Mark E. Walker**
                                    **United States District Judge**